IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: } | |
| Kendrea Gregory } | **Case No**. 3:17-bk-01019 |
| 370 Wallace Rd E13 } | |
| Nashville, TN, 37211 } | **Chapter**: 13 |
| SSN: XXX-XX-2887 } | |
| } | Judge Charles Walker |
| Debtor | |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: 8/3/2018**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: 8/22/2018** at 8:30 a.m. in Courtroom I, Second Floor, Customs House, 701 Broadway, Nashville, TN 37203

## NOTICE OF OBJECTION TO Trustee's Motion to Dismiss for Failure to Fund

COMES NOW the Debtor, by and through counsel and hereby objects to the Trustee's Motion to Dismiss. In support of the Debtor's Objection, the Debtor would state that:

1. The Debtor's Chapter 13 Plan requires the Debtor to make payments to the Trustee in the amount of $225.00 bi-weekly.

2. The Debtor gave birth in April 2018 and was unable to work the months of May, June, & July. The Debtor resumes working for Metro on August 2018.

3. The Debtor is approximately $1,953.08 behind in their Plan Payments to the Chapter 13 Trustee.

4. The Debtor is now funding their Chapter 13 Plan pursuant to the confirmation order.

5. The Debtor is in the need of the protection of the Bankruptcy to effectively reorganize their debts.

6. If the Debtor is unable to cure the post-petition payment prior to the hearing, they are willing to abide by any subsequent conditions that the Trustee deems necessary to resolve this motion.

7. The Debtor will remit to the Chapter 13 Trustee the appropriate funds to bring the Plan current before the hearing date or the new payroll deduction will increase to allow the Plan to complete within 60 months.

8. The Debtor intends to rely upon their testimony, records of the Chapter 13 trustee and any other documentary evidence to establish their defenses to the Motion to Dismiss for Failure to fund.

WHEREFORE, the Debtor respectfully asks that this issue be set for a hearing.

Respectfully submitted,

/s/ Jonathan Augusta
D. Jonathan Augusta
731 Porter Rd
Nashville, TN, 37206
Office: (615) 600-4577
Fax: (615) 249-3448
derricaugusta@comcast.net

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2018, I furnished a true and correct copy of the foregoing to the following parties in interest:

| | |
|---|---|
| Henry E. Hildebrand, III<br>Chapter 13 Trustee<br>P.O. Box 340019<br>Nashville, TN 37203 | Electronic |
| Samuel Crocker, U.S. Trustee<br>318 Customs House, 701 Broadway<br>Nashville, TN 37203 | Electronic |
| Kendrea Gregory<br>370 Wallace Rd E13<br>Nashville, TN, 37211 | U.S. mail first class |

I have sent out notices.

/s/ Jonathan Augusta
D. Jonathan Augusta